**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000019
30-APR-2026
08:45 AM
Dkt. 34 OGMD**

NO. CAAP-26-0000019

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Matter of the Application
of
Trustees of the Estate of A S Cleghorn,
to register and confirm title to land situate
at Waikīkī, Honolulu, Oʻahu

----------

PETER FONG AND CHINY WANG, TRUSTEES UNDER THE PETER FONG AND
CHINY WANG LIVING TRUST DATED JUNE 22, 2005,
Petitioners-Appellants,
v.
JANE SETSUKO LEE, LLOYD MARIO LEE, CHUNG HEE KIM;
ASSOCIATION OF APARTMENT OWNERS OF WAIKIKI PARK HEIGHTS;
ASSISTANT REGISTRAR OF BUREAU OF CONVEYANCES, DEPARTMENT OF LAND
AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Respondents-Appellees.

APPEAL FROM THE LAND COURT OF THE STATE OF HAWAIʻI
(CASE NO. 1CLD-24-0003528)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Gluck, JJ.)

Upon consideration of self-represented Petitioners-
Appellants Peter Fong's and Chiny Wang's, as Trustees Under the

Peter Fong and Chiny Wang Living Trust Dated June 22, 2025, letter, filed February 11, 2026, which the court construes as a motion to dismiss the appeal, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED:  Honolulu, Hawaiʻi, April 30, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Daniel M. Gluck
Associate Judge